IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Walter Krantz, <br>                 Plaintiff, <br> v. <br> KLI, Inc., d/b/a KLI Global, Inc., f/k/a Keller Ladders, Inc., f/k/a/ KUA Corp. f/k/a Keller Industries, Inc., a foreign corporation, <br>                 Defendant | **C.A. NO.: 6:09-1623-HFF** <br><br> PROOF OF SERVICE |

Pursuant to Federal Rules of Civil Procedure the Defendant was served the Summons and Complaint and 26.01 Interrogatories by way of the San Bernardino Sheriff's Department on August 5, 2009 as evidenced by the attached Proof(s) of Service, one on the President of KLI, Wm. B. Demeritt; and one on the Defendant KLI on August 5, 2009.

                                        Respectfully submitted,

                                        s/Douglas F. Patrick
                                        Douglas F. Patrick (I.D. #300)
                                        Covington, Patrick, Hagins, Stern & Lewis, P.A.
                                        P. O. Box 2343
                                        Greenville, South Carolina  29602
                                        (864) 242-9000
                                        **Attorneys for Plaintiff**

August 26, 2009
Greenville, South Carolina