| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | Telephone | FOR COURT USE ONLY |
|---|---|---|
| COVINGTON, PATRICK, HAGINS, STERN & LEWIS<br>PO BOX 2343<br>Greenville, SC 29602<br>E-MAIL | (864) 242-9000<br>FAX | |
| ATTORNEY FOR (Name): WALTER KRANTZ | | |

| U.S. DISTRICT COURT - DISTRICT OF SOUTH CAROLINA |
|---|
| STREET ADDRESS: |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: GREENVILLE, SC 29602 |
| BRANCH NAME: DISTRICT OF SOUTH CAROLINA |

| PLAINTIFF: | WALTER KRANTZ | CASE NUMBER: |
|---|---|---|
| DEFENDANT: | KL,INC, DBA KLI GLOBAL, INC F/K/A KELLER | 6:09-1623-HFF |
| | PROOF OF SERVICE | FILE NUMBER<br>2009019183 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
    f. other (specify documents):   SUMMONS AND COMPLAINT, INTERROGATORIES,

3. a. Party served:    KLI, INC., d/b/a/ kli global, inc, keller ladders, inc, kua corp, keller industries
   b. Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made): ELENITA JARAMILLO- ADMINISTRTIVE ASSISTANT/ AUTHORIZED AGENT

4. Address where party was served:    13925 CITY CENTER DR, STE 200
   Chino Hills, CA 91709

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1)on: 8/5/2009 (2)at: 11:23 AM.

7. Person who served papers:
   a. Name: **D. Garcia**
   b. Address: **Sheriff's Court Services Central 157 W. 5th Street 3rd Floor San Bernardino, CA 92415**
   c. Telephone number: **(909) 387-5700**
   d. The fee for service was: **$35.00**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: August 5, 2009

Sheriff's Authorized Agent
Rod Hoops, Sheriff

Hearing: **<No Information>**

Judicial Council form POS-010            Original            340797

U.S. DISTRICT COURT - DISTRICT OF SOUTH CAROLINA
GREENVILLE, SC 29602

*** This certificate ONLY for out of state courts ***
### CERTIFICATE OF ACKNOWLEDGEMENT

State of **California**
County of **San Bernardino**

On _8-7-09_, before me _Genie Mejia - Notary Public_, personally appeared _D. Garcia_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the state of California that the foregoing paragraph is true and correct.

GENIE MEJIA
Commission # 1701452
Notary Public - California
San Bernardino County
My Comm. Expires Oct 28, 2010

WITNESS my hand and official seal.

(NOTARY SEAL)