| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | Telephone | FOR COURT USE ONLY |
|---|---|---|
| COVINGTON, PATRICK, HAGINS, STERN & LEWIS<br>PO BOX 2343<br>Greenville, SC 29602<br>E-MAIL | (864) 242-9000<br>FAX | |
| ATTORNEY FOR (Name): WALTER KRANTZ | | |

| U.S. DISTRICT COURT - DISTRICT OF SOUTH CAROLINA |
|---|
| STREET ADDRESS: |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: GREENVILLE, SC 29602 |
| BRANCH NAME: DISTRICT OF SOUTH CAROLINA |

| PLAINTIFF: | WALTER KRANTZ | CASE NUMBER: |
|---|---|---|
| DEFENDANT: | KL,INC, DBA KLI GLOBAL, INC F/K/A KELLER | 6:09-1623-HFF |
| | PROOF OF SERVICE | FILE NUMBER<br>2009019183 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents): **SUMMONS AND COMPLAINT, INTERROGATORIES**

3. a. Party served: **KLI INC. d/b/a/ kli global, inc, keller ladders, inc SERV WM B., DEMERITT (PRES)**
   b. Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made): **ELENITA JARAMILLO- ADMINISTRTIVE ASSISTANT/ AUTHORIZED AGENT**

4. Address where party was served: **13925 CITY CENTER DR, STE 200**
   **Chino Hills, CA 91709**

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1)on: 8/5/2009 (2)at: 11:23 AM.

7. Person who served papers:
   a. Name: **D. Garcia**
   b. Address: **Sheriff's Court Services Central 157 W. 5th Street 3rd Floor San Bernardino, CA 92415**
   c. Telephone number: **(909) 387-5700**
   d. The fee for service was: **$35.00**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: August 5, 2009

Sheriff's Authorized Agent
Rod Hoops, Sheriff

Hearing: **<No Information>**

Judicial Council form POS-010    Original    340798

U.S. DISTRICT COURT - DISTRICT OF SOUTH CAROLINA
GREENVILLE, SC 29602

*** This certificate ONLY for out of state courts ***
## CERTIFICATE OF ACKNOWLEDGEMENT

State of **California**
County of **San Bernardino**

On 8·7·09, before me Genie Mejia - Notary Public, personally appeared D. Garcia, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the state of California that the foregoing paragraph is true and correct.

GENIE MEJIA
Commission # 1701452
Notary Public - California
San Bernardino County
My Comm. Expires Oct 28, 2010

WITNESS my hand and official seal.

(NOTARY SEAL)