# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Walter Krantz,                         ) | **Civil Action #: 6:09-01623-HFF** |
|                Plaintiff,   ) | |
| v.                                      ) | |
| KLI, Inc. D/b/a KLI Global, Inc., f/k/a ) | MOTION TO AMEND COMPLAINT |
| Keller Ladders, Inc., f/k/a KUA Corp.,  ) | |
| f/k/a Keller Industries, Inc., a foreign ) | |
| corporation,                            ) | |
|                Defendant ) | |

Please take notice that pursuant to Rule 15(a) of the South Carolina Federal Rules of Civil Procedure, and with the consent of Defendant KLI, Inc., the Plaintiff hereby moves the Court for an Order allowing the Plaintiff to amend its Complaint to add as a party Defendant, Keller Industries, Inc. to this action. In addition, the Plaintiff, with the consent of the Defendant KLI, Inc., moves this Court to all amendment of the allegations against the Defendant KLI, Inc. A copy of the proposed amended Complaint is attached and incorporated herein.

THEREFORE, the Plaintiff respectfully moves this Court of an Order allowing him to amend his Complaint to add Keller Industries as a party Defendant to this action and to revise the allegations of the Complaint as to the Defendant KLI, Inc.

Respectfully submitted,

s/Douglas F. Patrick

_____
Douglas F. Patrick (I.D. #300)
Covington, Patrick, Hagins, Stern & Lewis
P. O. Box 2343
Greenville, SC  29602
(864) 242-9000

s/John D. Kassell
John D. Kassel, Fed. ID 2278
Theile B. McVey, Fed. ID 7614
John D. Kassel, Attorney At Law, LLC
1330 Laurel Street
Post Office Box 1476
Columbia, South Carolina 29202
803.256.4242
**Attorneys for Plaintiff**

October 1, 2009
Greenville, South Carolina

## CERTIFICATE

This is to certify that the undersigned attorney for the Plaintiff did cause the Motion to Amend Complaint to be served upon the attorney for the Defendant, by mailing a copy of the same in an envelope addressed as shown below and depositing the same in the United States Mail, proper postage affixed thereto, on October 1, 2009.

Kurt M. Rozelsky, Esquire
Post Office Box 87
Greenville, South Carolina 29602


COVINGTON, PATRICK, HAGINS
   STERN & LEWIS

        s/Douglas F. Patrick
By: _____
     Douglas F. Patrick