## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## GREENVILLE  DIVISION

| | | |
|---|---|---|
| Walter Krantz, | ) | **Civil Action #: 6:09-01623-HFF** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT |
| | ) | ORDER TO AMEND |
| KLI, Inc. D/b/a KLI Global, Inc., f/k/a | ) | |
| Keller Ladders, Inc., f/k/a KUA Corp., | ) | |
| f/k/a Keller Industries, Inc., a foreign | ) | |
| corporation, | ) | |
| | ) | |
| Defendant | ) | |

This matter comes before the Court on Motion of the Plaintiff, pursuant to Rule 15 of the Federal Rules of Civil Procedure, to amend his Complaint to add a party Defendant and to revise certain allegations against the existing Defendant KLI, Inc.  The responsive pleadings (Answer) filed by the Defendant KLI, Inc. revealed the need for these amendments to properly join all issues and Defendants.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiff be amended to add Keller Industries, Inc. as a party Defendant and revise allegations against the Defendant KLI, Inc.

**s/Henry F. Floyd**
HENRY F. FLOYD
October 2, 2009                                United States District Court Judge

WE SO MOVE:

s/Douglas F. Patrick
Douglas F. Patrick, Plaintiff

WE CONSENT:

s/Kurt M. Rozelsky
Kurt M. Rozelsky, Defendant KLI