AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Greenville Division     District of     South Carolina

Walter Krantz, Plaintiff,

V.

KLI, Inc. f/k/a Keller Ladders, Inc. f/k/a FUA Corp., f/k/a Keller Industries, Inc.; and Keller Industries, Inc., Defendants

AMENDED

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 6:09-01623-HFF

TO: (Name and address of Defendant)

KLI, Inc.
Kurt Rozelsky, Esquire
Post Office Box 87
Greenville, South Carolina 29602

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas F. Patrick
Post Office Box 2343
Greenville, South Carolina 29602

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Larry W. Propes

CLERK

s/Angela Lewis

(By) DEPUTY CLERK



October 6, 2009

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                      Date                     *Signature of Server*

                                                 _____
                                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.