IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| **Walter Krantz**, | ) | Civil Action No.: 6:09-01623-HFF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KLI, Inc., f/k/a Keller Ladders, Inc. f/k/a KUA Corp., f/k/a Keller Industries, Inc.; and Keller Industries, Inc., | ) ) ) ) | PROOF OF SERVICE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Federal Rules of Civil Procedure Rule 4(i)(1)(B) the Defendant was served the Summons and Complaint via Certified Mail on October 19, 2009 as shown on the Certified Mail Return Receipt below:

[Certified Mail Return Receipt - PS Form 3811, February 2004]

Article Addressed to: CT Corporation System, 1200 South Pine Island Rd, Plantation, FL 33324

Article Number: 7008 2810 0000 2291 5355

Received by: Jon Loen
Date of Delivery: 10/19/08

Respectfully submitted,
s/Douglas F. Patrick

_____
Douglas F. Patrick (I.D. #300)
Covington, Patrick, Hagins, Stern & Lewis
P. O. Box 2343
Greenville, SC  29602
(864) 242-9000
**Attorneys for Plaintiff**

November 10, 2009
Greenville, South Carolina

1