IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| **Walter Krantz**, ) | Civil Action No.: 6:09-01623-HFF |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| **KLI, Inc., f/k/a Keller Ladders, Inc.** ) | **PROOF OF SERVICE** |
| **f/k/a KUA Corp., f/k/a Keller** ) | |
| **Industries, Inc.; and Keller** ) | |
| **Industries, Inc.,** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Pursuant to Federal Rules of Civil Procedure Rule 4(i)(1)(B) the Defendant was served the Summons and Complaint via Certified Mail on October 19, 2009 as shown on the Certified Mail Return Receipt below:

[Certified Mail Return Receipt — PS Form 3811, February 2004. Article Addressed to: The Prentice-Hall Corporation Systems, 2730 Gateway Oaks Dr., Suite 100, Sacramento, CA 95833. Received by: Linda King. Service Type: Certified Mail. Article Number: 7008 2810 0000 2291 5348.]

Respectfully submitted,
s/Douglas F. Patrick

_____
Douglas F. Patrick (I.D. #300)
Covington, Patrick, Hagins, Stern & Lewis
P. O. Box 2343
Greenville, SC  29602
(864) 242-9000
**Attorneys for Plaintiff**

November 10, 2009
Greenville, South Carolina