# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Walter Krantz, | ) C.A. NO.: 6:09-01623-HFF |
| Plaintiff, | ) |
| | ) **REQUEST FOR DEFAULT JUDGMENT** |
| v. | ) **AGAINST DEFENDANT KELLER** |
| | ) **INDUSTRIES, INC.** |
| KLI, Inc. f/k/a KUA Corp., f/k/a Keller Industries, Inc., and Keller Industries, Inc., | ) |
| | ) |
| Defendants | ) |

TO:   THE DEFENDANT KELLER INDUSTRIES:

PLEASE TAKE NOTICE that Plaintiff, by and through his undersigned attorneys, hereby moves for default judgment in accordance with **Fed. R. Civ.P. 55(a)(b)** as a matter of law.

The grounds for this Motion are fully set forth in the supporting Affidavit of Default filed herewith.

s/Douglas F. Patrick

Douglas F. Patrick (Fed. I.D. No. 300)
Covington, Patrick, Hagins, Stern & Lewis
Post Office Box 2343
Greenville, South Carolina 29602
864.242.9000

November 10, 2009

## CERTIFICATE

This is to certify that the undersigned attorney for the Plaintiff did cause the **Motion for Default and Affidavit of Default** to be served upon the attorney for the Defendant Keller Industries, by mailing a copy of the same in an envelope addressed as shown below and depositing the same in the United States Mail, proper postage affixed thereto, on November 10, 2009.

        Kurt Rozelsky, Esquire
        POB 87
        Greenville, South Carolina  29602
        Attorney for Defendant KLI

        Agents of Service for Defendant
        Keller Industries:

        C. T. Corporation System
        1200 South Pine Iland Road
        Plantation, FL 33324


        Prentice- Hall Corporation System, Inc.
        2730 Gateway Oaks Dr. Ste. 100
        Sacramento, CA 95833


        COVINGTON, PATRICK, HAGINS
            STERN & LEWIS


        s/Douglas F. Patrick