IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Walter Krantz,<br>                      Plaintiff,<br>v.<br>KLI, Inc. f/k/a Keller Ladders, Inc., f/k/a KUA Corp., f/k/a Keller Industries, Inc., and Keller Industries, Inc.<br>                      Defendants | C.A. NO.: 6:09-01623-HFF<br><br>AFFIDAVIT OF DEFAULT AGAINST DEFENDANT KELLER INDUSTRIES, INC. |

    PERSONALLY APPEARED before me, the undersigned, who being first duly sworn states that he is a member of the law firm of Covington, Patrick, Hagins, Stern & Lewis, attorneys for the Plaintiff in the above-styled action and that a copy of the Summons and Complaint was duly and legally served on the Defendant Keller Industries on October 19, 2009, as shown by the Proofs of Service on file.

    The affiant states that a search of the records through the Florida Department of State, Division of Corporations, confirmed that the Registered Agent for the Defendant Keller Industries, Inc. was C. T. Corporation at 1200 South Pine Island Road, Plantation, FL 33324. (Exhibit A) Further, affiant states that a search of the records through the California Secretary of State confirmed that the Agent for Service of Process for the Defendant Keller Industries was Prentice-Hall Corporation System, Inc. At 2730 Gateway Oaks Dr. Ste. 100, Sacramento, CA 95833. (Exhibit B)  The Defendant Keller Industries, Inc., listed by both the Florida and California Secretary of State had the same physical address, 3499 NW 53 Street, Ft. Lauderdale, FL 33309.  Service was made via certified mail on both listed agents for service of process and as shown by filed documents, the

certified Summons and Complaint were accepted by both agents.

As to the Defendant Keller Industries more than (20) days, exclusive of the date of service, have elapsed and no Answer has been filed by the Defendant. Therefore, the Defendant is in default.

Douglas F. Patrick (Fed. I.D. No. 300)
Covington, Patrick, Hagins, Stern & Lewis
Post Office Box 2343
Greenville, South Carolina 29602
864.242.9000

Sworn to before me this 10 day of November, 2009.

Notary Public for South Carolina
My commission expires: 4/8/18



PLAINTIFF'S EXHIBIT A

# FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List                    Entity Name Search
Events              No Name History                                    Submit

## Detail by Entity Name

### Foreign Profit Corporation
KELLER INDUSTRIES, INC.

### Filing Information

Document Number    F95000003758
FEI/EIN Number     590656693
Date Filed         08/03/1995
State              DE
Status             INACTIVE
Last Event         REVOKED FOR ANNUAL REPORT
Event Date Filed   09/26/1997
Event Effective Date NONE

### Principal Address

3499 NW 53RD ST.
FORT LAUDERDALE FL 33309

### Mailing Address

3499 NW 53RD ST.
FORT LAUDERDALE FL 33309

### Registered Agent Name & Address

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324 US

### Officer/Director Detail

**Name & Address**

Title PD

DOSS, WAYNE
3499 NW 53RD ST.
FORT LAUDERDALE FL 33309

Title VST

ALLEN, FRED
3499 NW 53RD ST.
FORT LAUDERDALE FL 33309

Title D

HERDRICH, DONALD J
3499 NW 53RD ST.
FORT LAUDERDALE FL 33309

Title D

O'REILLY, PHILLIP A
3499 NW 53RD ST.
FORT LAUDERDALE FL 33309

### Annual Reports

Report Year Filed Date

| 1996 | 03/12/1996 |
|---|---|

### Document Images

| | |
|---|---|
| 03/12/1996 -- ANNUAL REPORT | View image in PDF format |
| 08/03/1995 -- DOCUMENTS PRIOR TO 1997 | View image in PDF format |

Note: This is not official record. See documents if question or conflict.

| Previous on List | Next on List | Return To List | Entity Name Search |
|---|---|---|---|
| Events | No Name History | | Submit |

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.



**PLAINTIFF'S EXHIBIT B**



California Business Portal — Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of SEP 11, 2009 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| KELLER INDUSTRIES, INC. | | |
| Number: C0535865 | Date Filed: 11/10/1967 | Status: forfeited |
| Jurisdiction: FLORIDA | | |
| **Address** | | |
| 3499 NW 53 STREET | | |
| FORT LAUDERDALE, FL 33309 | | |
| **Agent for Service of Process** | | |
| THE PRENTICE-HALL CORPORATION SYSTEM, INC. | | |
| 2730 GATEWAY OAKS DR STE 100 | | |
| SACRAMENTO, CA 95833 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

http://kepler.sos.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C0535865&printer=yes    9/18/2009