# EXHIBIT A

| Entity | Customer | Affiliation | SOP | COMM | Invoice | USOP | EM | Reports | CRM | Logout |

## KLI, INC.                                                      Log #: 514479102

| | SOP Worksheet Profile | | |
|---|---|---|---|
| SOP List | | | Last modifi |
| My Worksheets | **Status : Complete** | | |
| Worksheet Search | | | |
| Create Worksheet | Received On : | 02/23/2009 | Received By : Ba |
| Worksheet Profile | Method of Service : | Certified Mail | Post Marked : 02 |
| Action Items | Assigned To : | Barbara Hales | |
| Docket History | | | |
| FedEx Package Search | ☐ Priority : | Normal | |
| FedEx Package Profile | ☐ Rejected Reason : | Withdrawn | Rejected On : 02 |
| My Action Items | | | |
| SOP Images | ☐ Attempted : | No | |
| Text Maintenance | Initial/Subsequent : | Initial | |
| Retained Worksheets | ☐ Consolidated : | No | |
| Common Alerts | | | |
| My Messages | ☐ Multiple : | No | |
| Auto Upload | ☐ Bankruptcy / Adversary : | No | |
| Un-Posted Logs | ☐ Letter : | No | |
| Manage Default Assignment | Cloned / Copied From : | -- | |
| Team SOP Dashboard | Post Status : | UnPosted | |
| Incomplete SOPs | | | |
| Daily Assigned SOP Count | Post Log Date : | -- | |

**Target Details**

☐ Defendant / Creditor Name :  KLI, Inc., Dft.

☐ Entity :  **KLI, INC. (True Name)**

| | |
|---|---|
| Entity #: | 9100255232 |
| True Name: | KLI, INC. |
| Entity Status: | Active CT Account |
| Entity Type: | Corporation |
| Domestic Juris.: | Delaware |
| Owning Team: | Los Angeles Corporate Team 1 |

Representation :  **Foreign Representation (Business Corporation) (Flc**

| | |
|---|---|
| Agent: | C T Corporation System |
| Agent Address: | 1200 South Pine Island Ro: |
| Rep Status: | Discontinued |
| Discontinuance Effective: | 01/29/2008 |
| Discontinuance Reason: | Withdrawal |
| Resignation Pending : | -- |
| Resignation Filing : | -- |
| Resignation Effective : | -- |

**Source Details**

☐ Court :  **Philadelphia Municipal Court**

| | |
|---|---|
| Address: | First Judicial District, .., PA, .. |
| Phone: | -- |
| Fax: | -- |
| Email: | -- |

| | Agency : | None Specified |
|---|---|---|
| ☐ | | Address: -- |
| | | Phone: -- |
| | | Fax: -- |
| | | Email: -- |
| ☐ | Attorney : | Timothy R. Chapin |
| | | Law Firm: Yost & Tretta |
| | | Address: Ste. 610, Two Penn Cent., 1500 JFK Blvd. |
| | | Phone: -- |
| | | Fax: -- |
| | | Email: -- |

Case Details

| ☐ | Case # : | SC-09-02-03-3509 |
|---|---|---|
| ☐ | Plaintiff / Debtor : | Church Mutual Insurance Company, Pltf. |

Lawsuit Details

| ☐ | Document Type : | Letter, Statement of Claim, Affidavit, Fact Sheet, Attachn |
|---|---|---|
| ☐ | Special Circumstances : | -- |
| ☐ | Lawsuit Type : | Product Liability Litigation - Manufacturing Defect |
| ☐ | Nature of Action : | N/A |
| ☐ | Answer Date : | 04/24/09 at 1:15 p.m. |

☐ Remarks (Displays on Transmittal)

| | Remarks : | Papers returned to sender via FedEx Tracking# 7912126 |
|---|---|---|

Internal Comments

Sort by  Author  **Last Modified**  Created

| Comment |
|---|
| No records found. |

[Select All]  [Select None]

[Choose Pkg]  [Clone]  [Scan1st Clone]  [Modify Docket History]

WF419

Entity | Customer | Affiliation | SOP | COMM | Invoice | USOP | EM | Reports | CRM | Logout