# EXHIBIT B

Division of Corporations

Page 1 of 1

**F96000003797**

# Florida Department of State
## Division of Corporations
### Public Access System

### Electronic Filing Cover Sheet

Note: Please print this page and use it as a cover sheet. Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H08000024229 3)))

H080000242299ABC

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

```
TO:
    Division of Corporations
    Fax Number      : (850)617-6380

From:
    Account Name    : C T CORPORATION SYSTEM
    Account Number  : FCA000000023
    Phone           : (850)222-1092
    Fax Number      : (850)878-5926
```

RECEIVED 2008 JAN 29 AM 8:00 SECRETARY OF STATE TALLAHASSEE, FLORIDA

FILED 2008 JAN 29 PM 12:12 SECRETARY OF STATE TALLAHASSEE, FLORIDA

## DISSOLUTION OR WITHDRAWAL

### KLI GLOBAL, INC.

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 0 |
| Page Count | 02 |
| Estimated Charge | $35.00 |

Electronic Filing Menu        Corporate Filing Menu        Help

1-30-08

https://efile.sunbiz.org/scripts/efilcovr.exe

1/29/2008

# APPLICATION BY FOREIGN CORPORATION FOR WITHDRAWAL OF AUTHORITY TO TRANSACT BUSINESS OR CONDUCT AFFAIRS IN FLORIDA

KLI, INC. dba KLI GLOBAL, INC.
_____
(Name of Corporation)

F96000003797
_____
(Document Number of Corporation (if known))

Delaware
_____
(Incorporated Under Laws of)

FILED 2008 JAN 29 PM 12: 12
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

This corporation is no longer transacting business or conducting affairs within the State of Florida and hereby voluntarily surrenders its authority to transact business or conduct affairs in Florida.

This corporation revokes the authority of its registered agent in Florida to accept service on its behalf and appoints the Department of State as its agent for service of process based on a cause of action arising during the time it was authorized to transact business or conduct affairs in Florida.

The following is a current mailing address for the corporation:

14880 Monte Vista Avenue
_____
(Mailing Address)

Chino, CA 91710
_____
(City/ State /Zip)

The corporation agrees to notify the Department of State in the future of any change in its mailing address.

_____         1/28/08
(Signature of a director, president or other officer - if in the hands of a       (Date)
receiver or other court appointed fiduciary, by that fiduciary)

Scott Rowe                                        Assistant Secretary
_____             _____
(Typed or printed name of person signing)         (Title of person signing)

**FILING FEE $35**