**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| Walter Krantz, ) | **Case No.:** 6:09-01623-HFF |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **PLAINTIFFS RESPONSES TO LOCAL** |
| ) | **RULE 26.03** |
| KLI, Inc. f/k/a Keller Ladders, Inc. f/k/a ) | |
| KUA Corp., f/k/a Keller Industries, Inc.; ) | |
| and Keller Industries, Inc. ) | |
| ) | |
| Defendants. ) | |

Plaintiff, pursuant to Fed.R.Civ.P.26(f), and Local Civil Rule 26.03 submits the following information.

**A.     Information Provided Pursuant To Local Civil Rule 26.03 DSC.**

**1.     Statement of Facts.**  On January 4, 2007, Walter Krantz was working at the residence of Jeff Bomer located at 326 N. Valley View Drive, Taylors, South Carolina.  The Bomers requested Mr. Krantz to look at a problem on their roof.  He used the Bomer's extension ladder which was a 32 foot aluminum extension ladder designed, manufactured, and sold by the Defendants KLI and Keller Industries, Inc.   After using the ladder to access the roof and inspect the problem, Krantz called to a fellow worker to hold the ladder so he could descend from the roof.  As he waited for assistance he placed his hand on the top of the ladder which extended above the roof line. Suddenly, and without warning, the ladder malfunctioned by the extension portion retracting or telescoping down.  This caused Krantz to lose his balance, fall from the roof, strike the ground and sustain multiple bilateral leg fractures.

2. **Fact Witnesses Who May Be Called.** The following individuals may have personal knowledge of the issues involved in this case:

    a.    Walter Krantz
          312 Watson Road
          Taylors, South Carolina 29687
          864.430.3335

The Plaintiff will testify concerning ladder, the facts of his fall, and the seriousness of his injuries.

Witnesses b through g will testify concerning facts of the Plaintiff's fall, condition and actions of the ladder, and the seriousness of the Plaintiff's injuries.

    b.    Harper Krantz
          111 Clarendon Street
          Clemson, South Carolina
          803.767.8692

    c.    Reo Hoots, Jr.
          1006 Turning Leaf Circle
          Boiling Springs, South Carolina   29316
          864.270.9181

    d.    Mr. and Mrs. Jeff Bomer
          326 N. Valley View Drive
          Taylors, South Carolina 29687

    e.    Randy Phillips
          324 N. Valley View Drive
          Taylors, South Carolina 29687

3. **Expert Witnesses Likely to Be Offered.**

    a.    John S. Morse, PE
          Post Office Box 370
          Westville, OK 74965

John Morse will testify as an expert concerning the defective condition and unreasonably dangerous nature of the ladder being used by the Plaintiff at the time of his injury.

The following physicians (b through f) will testify concerning the Plaintiff's injuries

and treatment:

    b.    Benjamin Shay Koch, MD
          Greenville Memorial Physician
          701 Grove Road
          Greenville, South Carolina 29605

    c.    Dr. Matthew L. Hummell
          Dr. Kyle J. Jeray
          Dr. Timothy McHenry
          Dr. David R. Goetz
          Univ. Medical Group Orthopaedics
          Greenville, South Carolina

    d.    *Dr. Coleman D. Fowble*
          Dr. David Redmond
          Midlands Orthopaedics
          Columbia, South Carolina

    e.    Dr. David Lee
          Carolina Orthopaedics & Sports Medicine
          Columbia, South Carolina

    f.    Dr. Steadman Hawkins
          Spartanburg, South Carolina

    g.    The Plaintiff will retain the services of a life care planner and an economist to testify concerning the Plaintiff's past and future economic needs.

**4.    Summary of Claims.**

The Plaintiff has filed three separate causes of action: 1) Negligence; 2) Strict Liability; and 3) Breach of Warranty.

5.    **The parties received directions from the Court.**

A proposed revised scheduling Order has been submitted.

6.    **Limitations on Discovery:**

Plaintiff does not at this time know of any special circumstances which would affect the time frames of discovery in this matter.

3

Respectfully submitted,

s/Douglas F. Patrick

_____
Douglas F. Patrick (I.D. #300)
Covington, Patrick, Hagins,
    Stern & Lewis, P.A.
P. O. Box 2343
Greenville, SC  29602
(864) 242-9000

s/John D. Kassel

_____
John D. Kassel, Fed. ID 2278
Theile B. McVey, Fed. ID 7614
John D. Kassel, Attorney At Law, LLC
1330 Laurel Street
Post Office Box 1476
Columbia, South Carolina 29202
803.256.4242

**Attorneys for Plaintiff**

December 7, 2009
Greenville, South Carolina