IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Walter Krantz,<br><br>    Plaintiff,<br><br>  v.<br><br>KLI, Inc., f/k/a Keller Ladders, Inc., f/k/a KUA Corp., f/k/a Keller Industries, Inc., and Keller Industries, Inc.,<br><br>    Defendant. | Civil Action No.: 6:09-1623-HFF<br><br><br>**JOINT RULE 26(f) REPORT** |

The parties, having consulted pursuant to Rule 26(f), hereby report as follows (check one below):

_____  We agree that the schedule set forth in the Conference and Scheduling Order filed by December 14, 2008 is appropriate for this case. The parties' proposed discovery plan as required by Fed.R.Civ.P. Rule 26(f) and the information required by Local Civil Rule 26.03 are attached.

**__X__**  We agree that the schedule set forth in the Conference and Scheduling Order filed September 17, 2009 requires modification as set forth in the proposed Consent Amended Scheduling Order which will be emailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed.R.Civ.P. Rule 26(f) is attached, and the parties are individually filing the information required by Local Civil Rule 26.03 separately.**

_____  We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. The parties' proposed discovery plan as required by Fed.R.Civ.P. Rule 26(f), with disagreements noted, is attached. The information required by Local Civil Rule 26.03 is also attached.

PLAINTIFF:                                                          DEFENDANT:

 s/ Douglas F. Patrick                              .               s/ Zandra L. Johnson                              .
*Signature of Plaintiff's Counsel*                                  *Signature of Defendant's Counsel*

Douglas F. Patrick, Esq.                         .                  Zandra L. Johnson, Esq.                          .
*Printed Name of Plaintiff's Counsel and*                           *Printed Name of Defendant Counsel and Party*
*Party Represented (counsel for Plaintiff)*                         *Represented (counsel for KLI, Inc.)*

Dated: December 7, 2009                                             Dated: December 7, 2009