PLAINTIFF'S EXHIBIT
ALL-STATE LEGAL
D

**FILE NOW: FILING FEE AFTER MAY 1 IS $225.00**

PROFIT CORPORATION ANNUAL REPORT 1996

FLORIDA DEPARTMENT OF STATE
Sandra B. Mortham
Secretary of State
DIVISION OF CORPORATIONS

DOCUMENT # F95000003758 (8)

1. Corporation Name

KELLER INDUSTRIES, INC.

| | Principal Place of Business | Mailing Address |
|---|---|---|
| | 1209 ORANGE ST. WILMINGTON DE 19801 | 1209 ORANGE ST. WILMINGTON DE 19801 |

3. Date Incorporated or Qualified 08/03/1995 ~~1995~~ 1951
3a. Date of Last Report 1-30-95

| | 2. Principal Place of Business | 2a. Mailing Address |
|---|---|---|
| 21/26 | 3499 nw 53 Street | 3499 nw 53 Street |
| Suite, Apt. #, etc 22/27 | | |
| City & State 23/28 | FORT Lauderdale, Fl | Fort Lauderdale Fl |
| Zip 24/29 | 33309  Country USA | 33309  Country USA |

4. FEI Number  APPLIED FOR  59-0656693  Applied For  Not Applicable

5. Certificate of Status Desired  [X]  $8.75 Additional Fee Required

6. Election Campaign Financing Trust Fund Contribution  [ ]  $5.00 May Be Added to Fees

8. This corporation has liability for intangible tax under s 199.032, Florida Statutes  [ ] Yes  [ ] No

9. Name and Address of Current Registered Agent

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324

10. Name and Address of New Registered Agent

| 81 | Name |
|---|---|
| 82 | Street Address (P.O. Box Number is Not Acceptable) |
| 83 | |
| 84 | City                                        FL  85 Zip Code |

11. Pursuant to the provisions of Sections 607.0502 and 607.1508, Florida Statutes, the above-named corporation submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. Such change was authorized by the corporation's board of directors. I hereby accept the appointment as registered agent. I am familiar with, and accept the obligations of, Section 607.0505, Florida Statutes.

SIGNATURE

| 12. OFFICERS AND DIRECTORS | | 13. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 12 |
|---|---|---|
| TITLE PD | [ ] DELETE | 1.1 TITLE PD  [X] Change [ ] Addition |
| NAME DOSS, WAYNE | | 1.2 NAME DOSS, Wayne |
| STREET ADDRESS 1209 ORANGE ST. | | 1.3 STREET ADDRESS 3499 nw 53 Street |
| CITY-ST-ZIP WILMINGTON DE 19801 | | 1.4 CITY-ST-ZIP Fort Lauderdale, Fl. 33309 |
| TITLE VST | [ ] DELETE | 2.1 TITLE VST  [X] Change [ ] Addition |
| NAME ALLEN, FRED | | 2.2 NAME Allen, Fred |
| STREET ADDRESS 1209 ORANGE ST. | | 2.3 STREET ADDRESS 3499 nw 53 Street |
| CITY-ST-ZIP WILMINGTON DE 19801 | | 2.4 CITY-ST-ZIP FORt Lauderdale, Fl. 33309 |
| TITLE D | [ ] DELETE | 3.1 TITLE D  [X] Change [ ] Addition |
| NAME HERDRICH, DONALD J | | 3.2 NAME Herdrich, Donald |
| STREET ADDRESS 1209 ORANGE ST. | | 3.3 STREET ADDRESS 3499 nw 53 street |
| CITY-ST-ZIP WILMINGTON DE 19801 | | 3.4 CITY-ST-ZIP FORt Lauderdale Fl 33309 |
| TITLE D | [ ] DELETE | 4.1 TITLE D  [X] Change [ ] Addition |
| NAME O'REILLY, PHILLIP A | | 4.2 NAME O'REILLY, Phillip |
| STREET ADDRESS 1209 ORANGE ST. | | 4.3 STREET ADDRESS 3499 nw 53 Street |
| CITY-ST-ZIP WILMINGTON DE 19801 | | 4.4 CITY-ST-ZIP FORT Lauderdale Fl. 33309 |
| TITLE | [ ] DELETE | 5.1 TITLE  [ ] Change [ ] Addition |
| NAME | | 5.2 NAME  100001740505 |
| STREET ADDRESS | | 5.3 STREET ADDRESS  ~03/12/96--01143--007 |
| CITY-ST-ZIP | | 5.4 CITY-ST-ZIP  ***208.75 |
| TITLE | [ ] DELETE | 6.1 TITLE  [ ] Change [ ] Addition |
| NAME | | 6.2 NAME |
| STREET ADDRESS | | 6.3 STREET ADDRESS   32/3/12 |
| CITY-ST-ZIP | | 6.4 CITY-ST-ZIP |

14. I do hereby certify that the information supplied with this filing is voluntarily furnished and does not qualify for the exemption stated in Section 119.07(3)(k), Florida Statutes. I further certify that the information indicated on this annual report or supplemental annual report is true and accurate and that my signature shall have the same legal effect as if made under oath, that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 12 or Block 13 if changed, or on attachment with an address.

SIGNATURE: _Fred Allen_    2-10-96    (954) 777-2060

SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR    Daytime Phone #

CRE004 (12/95)    0002374  CF