EXHIBIT E   ALL-STATE LEGAL

**FLORIDA DEPARTMENT OF STATE**
**DIVISION OF CORPORATIONS**

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List   Next on List   Return To List                          Entity Name Search
Events              No Name History                                        Submit

## Detail by Entity Name

### Foreign Profit Corporation
KELLER INDUSTRIES, INC.

### Filing Information

Document Number        F95000003758
FEI/EIN Number         590656693
Date Filed             08/03/1995
State                  DE
Status                 INACTIVE
Last Event             REVOKED FOR ANNUAL REPORT
Event Date Filed       09/26/1997
Event Effective Date   NONE

### Principal Address

3499 NW 53RD ST.
FORT LAUDERDALE FL 33309

### Mailing Address

3499 NW 53RD ST.
FORT LAUDERDALE FL 33309

### Registered Agent Name & Address

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324 US

### Officer/Director Detail

**Name & Address**

Title PD

DOSS, WAYNE
3499 NW 53RD ST.
FORT LAUDERDALE FL 33309

Title VST

ALLEN, FRED
3499 NW 53RD ST.
FORT LAUDERDALE FL 33309

Title D

HERDRICH, DONALD J
3499 NW 53RD ST.
FORT LAUDERDALE FL 33309

Title D

O'REILLY, PHILLIP A
3499 NW 53RD ST.
FORT LAUDERDALE FL 33309

### Annual Reports

**Report Year Filed Date**