



**CT Corporation**

1200 S. Pine Island Road
Plantation, FL 33324

954 473 5503 tel
www.ctlegalsolutions.com

PLAINTIFF'S
EXHIBIT
G

October 19, 2009

Douglas F. Patrick
Covington, Patrick, Hagins, Stern & Lewis, P.A.
P.O. Box 2343,
Greenville, SC  29602

Re:  Walter Krantz, Pltf. vs. KLI Inc., etc., et al. including Keller Industries, Inc., Dfts.

Case No.  6:09-01623-HFF

Dear Sir/Madam:

Process in the above referenced case was attempted upon C T Corporation System as the purported agent for service of process for KELLER INDUSTRIES, INC.

KELLER INDUSTRIES, INC. is inactive on the records of the State FL. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

*B. Hales*

Barbara Hales
Process Specialist

Log# 515591359