PLAINTIFF'S EXHIBIT H

**From:** corphelp [mailto:corphelp@dos.state.fl.us]
**Sent:** Tuesday, December 01, 2009 7:33 AM
**To:** Doug Patrick
**Subject:** RE: Keller Industries, Inc

If a registered agent file a resignation with our office to be removed off a company the image would be on our website.

You can search for the information you have requested at our web site: http://www.sunbiz.org. Click on: "Document Searches". Next, look under the category "Corporations, Trademarks, Limited Partnerships & Limited Liability Companies". You can select your search options; you can inquire using the entity name, Federal Employer identification Number, Officer/Director/Registered Agent Name or the document number. Once you have located and selected the entity you are inquiring about scroll to the bottom of the page and look under the category "Document Images".

Thanks,

Mike
Internet Access

---

**From:** Doug Patrick [mailto:dpatrick@covpatlaw.com]
**Sent:** Monday, November 30, 2009 4:43 PM
**To:** corphelp
**Subject:** RE: Keller Industries, Inc

Thank you for the response below. Based on that response can you tell me whether prior to Oct 30, 2009 had CT Corporation Systems, 1200 South Pine Island Rd, Plantation, Fl 33324 filed a resignation with your office.

**From:** corphelp [mailto:corphelp@dos.state.fl.us]
**Sent:** Friday, October 23, 2009 9:17 AM
**To:** Doug Patrick
**Subject:** RE: Keller Industries, Inc

Please note that we are a ministerial filing office only, and we can only address our own records. We cannot provide legal advice, nor can we say "what is the proper method under Florida law."

For our purposes, a Registered Agent of an inactive entity continues to be the Registered Agent unless they file a Resignation with our office.

Thank you.


Lee Rivers
Internet Access
Division of Corporations



---

**From:** Doug Patrick [mailto:dpatrick@covpatlaw.com]
**Sent:** Friday, October 23, 2009 9:01 AM
**To:** corphelp
**Subject:** Keller Industries, Inc

I am an attorney in SC. I have attempted service on the above reference corporation. It is listed with the State of Florida but is designated as "inactive". There is an agent for service still listed (CT Corp, Plantation Fla) and we served them as we would do in SC. They have written back saying that they discontinued service to that entity for more than 5 years, but it doesn't appear CT has taken any steps to remove its name from the registry.
Questions: If a corporation is inactive rather than dissolved or closed what is the proper method for service under Fla law is CT still the agent for service based on the filings?

1