

**PLAINTIFF'S EXHIBIT I**

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | H |

Previous on List    Next on List    Return To List                Entity Na

Events    No Name History                                          Su

# Detail by Entity Name

## Foreign Profit Corporation

KELLER INDUSTRIES, INC.

## Filing Information

| | |
|---|---|
| Document Number | F95000003758 |
| FEI/EIN Number | 590656693 |
| Date Filed | 08/03/1995 |
| State | DE |
| Status | INACTIVE |
| Last Event | REVOKED FOR ANNUAL REPORT |
| Event Date Filed | 09/26/1997 |
| Event Effective Date | NONE |

## Principal Address

3499 NW 53RD ST.
FORT LAUDERDALE FL 33309

## Mailing Address

3499 NW 53RD ST.
FORT LAUDERDALE FL 33309

## Registered Agent Name & Address

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324 US

## Officer/Director Detail

**Name & Address**

Title PD

DOSS, WAYNE
3499 NW 53RD ST.
FORT LAUDERDALE FL 33309

Title VST

ALLEN, FRED
3499 NW 53RD ST.

FORT LAUDERDALE FL 33309

Title D

HERDRICH, DONALD J
3499 NW 53RD ST.
FORT LAUDERDALE FL 33309

Title D

O'REILLY, PHILLIP A
3499 NW 53RD ST.
FORT LAUDERDALE FL 33309

## Annual Reports

**Report Year  Filed Date**
1996         03/12/1996

## Document Images

03/12/1996 -- ANNUAL REPORT                [ View image in PDF format ]

08/03/1995 -- DOCUMENTS PRIOR TO 1997      [ View image in PDF format ]

**Note:** This is not official record. See documents if question or conflict.

**Previous on List**     **Next on List**     **Return To List**                          Entity Na

**Events**               **No Name History**                                              [ Su

Home | Contact us  Document Searches | E-Filing Services  Forms  Help

Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.